

**Text Version** | Smart Leave and Earnings Statement | **Help** | **Main** | **Exit**

**Printer Friendly Version** | **HTML Version** | **View More** 08/27/2011

**Go**

| DEPARTMENT OF DEFENSE | 1. Pay Period End 08/27/11 |
|---|---|
| **CIVILIAN LEAVE AND EARNINGS STATEMENT** VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL | 2. Pay Date 09/02/11 |

| 3. Name GREGORY ANGELA D | 4. Pay Plan/Grade/Step GS 03 01 | 5. Hourly/Daily/Rate 11.95 | 6. Basic/OT Rate 17.93 | 7. Basic Pay + Locality Adj = Adjusted Basic Pay 21,840.00  3,093.00  24,933.00 |
|---|---|---|---|---|
| 8. Soc Sec No ***-**-5134 | 9. Locality % 14.16 | 10. FLSA Category N | 11. SCD Leave 11/10/08 | 12. Max Leave Carry Over 240 |
| | | | | 13. Leave Year End 12/31/11 |

| 14. Financial Institution - Net Pay GUARDIAN CREDIT UNION | 15. Financial Institution - Allotment #1 METABANK | 16. Financial Institution - Allotment #2 |
|---|---|---|

| 17. Tax Marital Exemptions Add't Status | 18. Tax Marital Exemptions Add'l Taxing Authority Status | 19. Cumulative Retirement FERS: 397.87 | 20. Military Deposit |
|---|---|---|---|
| FED  S  4  0 | | | |
| AL  H  P1/D02  0 | | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 768.40 | 13,513.71 | |
| TAXABLE WAGES | 684.68 | 12,014.21 | |
| NONTAXABLE WAGES | 83.72 | 1,499.50 | |
| TAX DEFERRED WAGES | | 0.00 | |
| DEDUCTIONS | 649.17 | 11,717.54 | |
| AEIC | | | |
| NET PAY | 119.23 | 1,796.17 | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 64.00 | 764.80 | NIGHT DIFF | 3.00 | 3.60 | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (1) | 500.00 | 9,050.00 | FEGLI | C0 | 3.30 | 57.60 |
| FEHB | 111 | 83.72 | 1,497.64 | MEDICARE | | 9.93 | 174.21 |
| OASDI | | 28.76 | 504.60 | RETIRE, FERS | K | 6.12 | 107.52 |
| TAX, FEDERAL | | 3.47 | 40.76 | TAX, STATE | AL | 13.87 | 285.21 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 18.25 | 3.00 | 55.00 | 16.00 | 52.75 | 0.00 | 20.50 | |
| SICK | 19.50 | 3.00 | 55.00 | 0.00 | 63.50 | 0.00 | 11.00 | |
| ADMIN | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 0.00 | 0.00 | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 1.65 | 28.86 | FEHB | 125.58 | 2,246.48 |
| MEDICARE | 9.93 | 174.21 | OASDI | 42.45 | 744.88 |
| RETIRE, FERS | 89.48 | 1,572.32 | TSP BASIC | 7.65 | 134.37 |

### REMARKS

```
YOUR PAYROLL OFFICE ID NUMBER IS 97380500 - DEPARTMENT OF DEFENSE.
W-2 SEASON IS COMING. USE MYPAY AT HTTPS://MYPAY.DFAS.MIL TO VERIFY OR UPDATE YOUR HOME
ADDRESS, OR VISIT YOUR PAYROLL CUSTOMER SERVICE REPRESENTATIVE.
PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW
KEEP YOUR MAILING ADDRESS CURRENT TO ENSURE YOU RECEIVE ALL THRIFT SAVINGS PLAN (TSP)
CORRESPONDENCE.  UPDATES CAN BE MADE USING MYPAY, OR BY REQUEST TO YOUR LOCAL
CUSTOMER SERVICE REPRESENTATIVE OR HUMAN RESOURCES OFFICE
CELEBRATE CONSTITUTION DAY/CITIZENSHIP DAY (SEPT 17)
HTTP://CONSTITUTIONDAY.CPMS.OSD.MIL
PRETAX FEHB EXCLUSION $    83.72
```

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

 HELP INFO

- We recommend that you select the Printer Friendly Version of your LES if you desire to print your LES. It requires Adobe Acrobat Reader. Often, Acrobat Reader is already added to web browsers. If you don't have Adobe Reader and applicable security policies allow you to install it, it can be downloaded at http://www.adobe.com/products/acrobat/readermain.html. If you prefer the html version, click the Print button. You may have to make adjustments to your margins in your browser Page Setup for optimal printing of the html version.

- The "View More" option will allow you to view and/or print your Leave and Earnings information for the current and 11 previous months, if available. Click on the down arrow; click on an LES pay period ending date, then click on Go.

- You can save your LES as an HTML file on a disk or your hard drive.



Text Version | Help | Main | Exit

Printer Friendly Version          View More  07/30/2011   Go

# DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT
### VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | |
|---|---|
| **1. Pay Period End** 07/30/11 | |
| **2. Pay Date** 08/05/11 | |

| 3. Name GREGORY ANGELA D | 4. Pay Plan/Grade/Step GS 03 01 | 5. Hourly/Daily Rate 11.95 | 6. Basic OT Rate 17.93 | 7. Basic Pay + Locality Adj = Adjusted Basic Pay 21840.00  3093.00  24933.00 |
|---|---|---|---|---|
| 8. Soc Sec No ***-**-5134 | 9. Locality % 14.16 | 10. FLSA Category N | 11. SCD Leave 11/10/08 | 12. Max Leave Carry Over 240    13. Leave Year End 12/31/11 |
| 14. Financial Institution - Net Pay GUARDIAN CREDIT UNION | | 15. Financial Institution - Allotment #1 METABANK | | 16. Financial Institution - Allotment # 2 |

| 17. Tax Marital Status Exemptions Add'l | 18. Tax Marital Exemptions Add'l Taxing Authority Status | 19. Cumulative Retirement FERS: 385.63 | 20. Military Deposit |
|---|---|---|---|
| FED S 4 0 AL H P1/D02 0 | | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 770.80 | 11976.91 | |
| TAXABLE WAGES | 687.08 | 10644.85 | |
| NONTAXABLE WAGES | 83.72 | 1332.06 | |
| TAX DEFERRED WAGES | | | |
| DEDUCTIONS | 649.64 | 10419.20 | |
| AEIC | | | |
| NET PAY | 121.16 | 1557.71 | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 64.00 | 764.80 | NIGHT DIFF | 5.00 | 6.00 | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (I) | 500.00 | 8050.00 | FEGLI | C0 | 3.30 | 51.00 |
| FEHB | 111 | 83.72 | 1330.20 | MEDICARE | | 9.96 | 154.35 |
| OASDI | | 28.85 | 447.08 | RETIRE, FERS | K | 6.12 | 95.28 |
| TAX, FEDERAL | | 3.71 | 33.82 | TAX, STATE | AL | 13.98 | 257.47 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 18.25 | 3.00 | 49.00 | | 36.75 | | 30.50 | |
| SICK | 19.50 | 3.00 | 49.00 | | 51.50 | | 17.00 | |
| ADMIN | | | | | 8.00 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 1.65 | 25.56 | FEHB | 125.58 | 1995.32 |
| MEDICARE | 9.96 | 154.35 | OASDI | 42.60 | 659.98 |
| RETIRE, FERS | 89.48 | 1393.36 | TSP BASIC | 7.65 | 119.07 |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97380500 - DEPARTMENT OF DEFENSE.
W-2 SEASON IS COMING. USE MYPAY AT HTTPS://MYPAY.DFAS.MIL TO VERIFY OR UPDATE YOUR HOME
ADDRESS, OR VISIT YOUR PAYROLL CUSTOMER SERVICE REPRESENTATIVE.
PRETAX FEHB EXCLUSION $ 83.72

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

 HELP INFO

- We recommend that you select the Printer Friendly Version of your LES if you desire to print your LES. It requires Adobe Acrobat Reader. Often, Acrobat Reader is already added to web browsers. If you don't have Adobe Reader and applicable security policies allow you to install it, it can be downloaded at http://www.adobe.com/products/acrobat/readermain.html. If you prefer the html version, click the Print button. You may have to make adjustments to your margins in your browser Page Setup for optimal printing of the html version.



Printer Friendly Version                          **View More** 08/13/2011          Go

---

<table>
<tr><td colspan="4" align="center">DEPARTMENT OF DEFENSE<br><br>**CIVILIAN LEAVE AND EARNINGS STATEMENT**<br>VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL</td><td colspan="2">**1. Pay Period End**<br>08/13/11<br>**2. Pay Date**<br>08/19/11</td></tr>
</table>

| 3. Name GREGORY ANGELA D | 4. Pay Plan/Grade/Step GS 03 01 | 5. Hourly/Daily Rate 11.95 | 6. Basic OT Rate 17.93 | 7. Basic Pay + Locality Adj = Adjusted Basic Pay 21840.00  3093.00  24933.00 | |
|---|---|---|---|---|---|
| 8. Soc Sec No ***-**-5134 | 9. Locality % 14.16 | 10. FLSA Category N | 11. SCD Leave 11/10/08 | 12. Max Leave Carry Over 240 | 13. Leave Year End 12/31/11 |
| 14. Financial Institution - Net Pay GUARDIAN CREDIT UNION | | 15. Financial Institution - Allotment #1 METABANK | | 16. Financial Institution - Allotment # 2 | |

| 17. Tax Marital Status Exemptions Add'l | | | | 18. Tax Marital Exemptions Add'l Taxing Authority Status | | 19. Cumulative Retirement FERS: 391.75 | 20. Military Deposit |
|---|---|---|---|---|---|---|---|
| FED | S | 4 | 0 | | | | |
| AL | H | P1/D02 | 0 | | | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 768.40 | 12745.31 | |
| TAXABLE WAGES | 684.68 | 11329.53 | |
| NONTAXABLE WAGES | 83.72 | 1415.78 | |
| TAX DEFERRED WAGES | | | |
| DEDUCTIONS | 649.17 | 11068.37 | |
| AEIC | | | |
| NET PAY | 119.23 | 1676.94 | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 64.00 | 764.80 | NIGHT DIFF | 3.00 | 3.60 | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (1) | 500.00 | 8550.00 | FEGLI | C0 | 3.30 | 54.30 |
| FEHB | 111 | 83.72 | 1413.92 | MEDICARE | | 9.93 | 164.28 |
| OASDI | | 28.76 | 475.84 | RETIRE, FERS | K | 6.12 | 101.40 |
| TAX, FEDERAL | | 3.47 | 37.29 | TAX, STATE | AL | 13.87 | 271.34 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 18.25 | 3.00 | 52.00 | | 36.75 | | 33.50 | |
| SICK | 19.50 | 3.00 | 52.00 | 12.00 | 63.50 | | 8.00 | |
| ADMIN | | | | | 8.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 1.65 | 27.21 | FEHB | 125.58 | 2120.90 |
| MEDICARE | 9.93 | 164.28 | OASDI | 42.45 | 702.43 |
| RETIRE, FERS | 89.48 | 1482.84 | TSP BASIC | 7.65 | 126.72 |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97380500 - DEPARTMENT OF DEFENSE.
PRETAX FEHB EXCLUSION $ 83.72

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

---

 HELP INFO

- We recommend that you select the Printer Friendly Version of your LES if you desire to print your LES. It requires Adobe Acrobat Reader. Often, Acrobat Reader is already added to web browsers. If you don't have Adobe Reader and applicable security policies allow you to install it, it can be downloaded at http://www.adobe.com/products/acrobat/readermain.html. If you prefer the html version, click the Print button. You may have to make adjustments to your margins in your browser Page Setup for optimal printing of the html version.

- The "View More" option will allow you to view and/or print your Leave and Earnings information for the current and 11



# DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT
### VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | |
|---|---|
| 1. Pay Period End 07/16/11 | |
| 2. Pay Date 07/22/11 | |

| 3. Name GREGORY ANGELA D | 4. Pay Plan/Grade/Step GS 03 01 | 5. Hourly/Daily Rate 11.95 | 6. Basic OT Rate 17.93 | 7. Basic Pay + Locality Adj = Adjusted Basic Pay  21840.00  3093.00  24933.00 |
|---|---|---|---|---|
| 8. Soc Sec No ***-**-5134 | 9. Locality % 14.16 | 10. FLSA Category N | 11. SCD Leave 11/10/08 | 12. Max Leave Carry Over 240 / 13. Leave Year End 12/31/11 |

14. Financial Institution - Net Pay GUARDIAN CREDIT UNION
15. Financial Institution - Allotment #1 METABANK
16. Financial Institution - Allotment # 2

| 17. Tax Marital Status Exemptions Add'l | | | |
|---|---|---|---|
| FED S 4 0 | | | |
| AL H P1/D02 0 | | | |

18. Tax Marital Status Exemptions Add'l Taxing Authority

19. Cumulative Retirement FERS: 379.51
20. Military Deposit

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 793.50 | 11206.11 | |
| TAXABLE WAGES | 709.78 | 9957.77 | |
| NONTAXABLE WAGES | 83.72 | 1248.34 | |
| TAX DEFERRED WAGES | | | |
| DEDUCTIONS | 654.41 | 9769.56 | |
| AEIC | | | |
| NET PAY | 139.09 | 1436.55 | |

### CURRENT EARNINGS
| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 66.00 | 788.70 | NIGHT DIFF | 4.00 | 4.80 | | | |

### DEDUCTIONS
| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (1) | 500.00 | 7550.00 | FEGLI | C0 | 3.30 | 47.70 |
| FEHB | 111 | 83.72 | 1246.48 | MEDICARE | | 10.29 | 144.39 |
| OASDI | | 29.81 | 418.23 | RETIRE, FERS | K | 6.31 | 89.16 |
| TAX, FEDERAL | | 5.98 | 30.11 | TAX, STATE | AL | 15.00 | 243.49 |

### LEAVE
| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 18.25 | 4.00 | 46.00 | | 36.75 | | 27.50 | |
| SICK | 19.50 | 4.00 | 46.00 | | 51.50 | | 14.00 | |
| ADMIN | | | | | 8.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU
| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 1.65 | 23.91 | FEHB | 125.58 | 1869.74 |
| MEDICARE | 10.29 | 144.39 | OASDI | 44.00 | 617.38 |
| RETIRE, FERS | 92.28 | 1303.88 | TSP BASIC | 7.89 | 111.42 |

### REMARKS
YOUR PAYROLL OFFICE ID NUMBER IS 97380500 - DEPARTMENT OF DEFENSE.
SAVINGS ALLOTMENT CHANGED, PLEASE VERIFY.
PRETAX FEHB EXCLUSION $ 83.72

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED



- We recommend that you select the Printer Friendly Version of your LES if you desire to print your LES. It requires Adobe Acrobat Reader. Often, Acrobat Reader is already added to web browsers. If you don't have Adobe Reader and applicable security policies allow you to install it, it can be downloaded at http://www.adobe.com/products/acrobat/readermain.html. If you prefer the html version, click the Print button. You may have to make adjustments to your margins in your browser Page Setup for optimal printing of the html version.

- The "View More" option will allow you to view and/or print your Leave and Earnings information for the current and 11



Text Version · Help · Main · Exit

Printer Friendly Version

**View More** 07/02/2011  Go

| DEPARTMENT OF DEFENSE | | **1. Pay Period End** 07/02/11 |
|---|---|---|

**CIVILIAN LEAVE AND EARNINGS STATEMENT**
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

**2. Pay Date** 07/08/11

| 3. Name GREGORY ANGELA D | 4. Pay Plan/Grade/Step GS 03 01 | 5. Hourly/Daily Rate 11.95 | 6. Basic OT Rate 17.93 | 7. Basic Pay + Locality Adj = Adjusted Basic Pay 21840.00   3093.00   24933.00 | |
|---|---|---|---|---|---|
| 8. Soc Sec No ***-**-5134 | 9. Locality % 14.16 | 10. FLSA Category N | 11. SCD Leave 11/10/08 | 12. Max Leave Carry Over 240 | 13. Leave Year End 12/31/11 |
| 14. Financial Institution - Net Pay GUARDIAN CREDIT UNION | | 15. Financial Institution - Allotment #1 METABANK | | 16. Financial Institution - Allotment # 2 INTER NATIONAL BANK | |

| 17. Tax Marital Status Exemptions Add'l | 18. Tax Marital Exemptions Add'l Taxing Authority Status | 19. Cumulative Retirement FERS:  373.20 | 20. Military Deposit |
|---|---|---|---|
| FED  S  4  0 AL  H  P1/D02  0 | | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 821.00 | 10412.61 | |
| TAXABLE WAGES | 737.28 | 9247.99 | |
| NONTAXABLE WAGES | 83.72 | 1164.62 | |
| TAX DEFERRED WAGES | | | |
| DEDUCTIONS | 710.15 | 9115.15 | |
| AEIC | | | |
| NET PAY | 110.85 | 1297.46 | |

**CURRENT EARNINGS**

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 68.00 | 812.60 | NIGHT DIFF | 7.00 | 8.40 | | | |

**DEDUCTIONS**

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (2) | 550.00 | 7050.00 | FEGLI | C0 | 3.30 | 44.40 |
| FEHB | 111 | 83.72 | 1162.76 | MEDICARE | | 10.69 | 134.10 |
| OASDI | | 30.97 | 388.42 | RETIRE, FERS | K | 6.50 | 82.85 |
| TAX, FEDERAL | | 8.73 | 24.13 | TAX, STATE | AL | 16.24 | 228.49 |

**LEAVE**

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 18.25 | 3.00 | 42.00 | | 36.75 | | 23.50 | |
| SICK | 19.50 | 3.00 | 42.00 | | 51.50 | | 10.00 | |
| ADMIN | | | | | 8.00 | | | |

**BENEFITS PAID BY GOVERNMENT FOR YOU**

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 1.65 | 22.26 | FEHB | 125.58 | 1744.16 |
| MEDICARE | 10.69 | 134.10 | OASDI | 45.72 | 573.38 |
| RETIRE, FERS | 95.07 | 1211.60 | TSP BASIC | 8.13 | 103.53 |

**REMARKS**

YOUR PAYROLL OFFICE ID NUMBER IS 97380500 - DEPARTMENT OF DEFENSE.
YOU HAVE ELECTED TO NO LONGER RECEIVE A HARDCOPY W2 IN THE MAIL.
ACCESS TO YOUR W2 WILL BE THROUGH MYPAY.
YOU WILL NOT RECEIVE A LEAVE AND EARNINGS STATEMENT IN THE MAIL AS DIRECTED BY YOUR AGENCY
SAVINGS ALLOTMENT CHANGED, PLEASE VERIFY.
PRETAX FEHB EXCLUSION $  83.72

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

 HELP INFO

- We recommend that you select the Printer Friendly Version of your LES if you desire to print your LES. It requires Adobe Acrobat Reader. Often, Acrobat Reader is already added to web browsers. If you don't have Adobe Reader and applicable security policies allow you to install it, it can be downloaded at http://www.adobe.com/products/acrobat/readermain.html. If you prefer the html version, click the Print button. You may have to make adjustments to your margins in your browser Page

Text Version | | Help | Main | Exit

Printer Friendly Version                                    View More  06/18/2011   Go

| | | 1. Pay Period End 06/18/11 |
|---|---|---|
| DEPARTMENT OF DEFENSE | | 2. Pay Date 06/24/11 |

## CIVILIAN LEAVE AND EARNINGS STATEMENT
### VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 3. Name GREGORY ANGELA D | 4. Pay Plan/Grade/Step GS 03 01 | 5. Hourly/Daily Rate 11.95 | 6. Basic OT Rate 17.93 | 7. Basic Pay + Locality Adj = Adjusted Basic Pay 21840.00  3093.00  24933.00 | |
|---|---|---|---|---|---|
| 8. Soc Sec No ***-**-5134 | 9. Locality % 14.16 | 10. FLSA Category N | 11. SCD Leave 11/10/08 | 12. Max Leave Carry Over 240 | 13. Leave Year End 12/31/11 |
| 14. Financial Institution - Net Pay GUARDIAN CREDIT UNION | | 15. Financial Institution - Allotment #1 INTER NATIONAL BANK | | 16. Financial Institution - Allotment # 2 | |

| 17. Tax Marital Status | Exemptions | Add'l | 18. Tax Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement FERS: 366.70 | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|
| FED S | 4 | 0 | | | | | | |
| AL H | P1/D00 | 0 | | | | | | |

| 21. | Current | Year to Date | | 22. |
|---|---|---|---|---|
| GROSS PAY | 780.95 | 9591.61 | | |
| TAXABLE WAGES | 697.23 | 8510.71 | | |
| NONTAXABLE WAGES | 83.72 | 1080.90 | | |
| TAX DEFERRED WAGES | | | | |
| DEDUCTIONS | 655.62 | 8405.00 | | |
| AEIC | | | | |
| NET PAY | 125.33 | 1186.61 | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 65.00 | 776.75 | NIGHT DIFF | 3.50 | 4.20 | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (1) | 500.00 | 6500.00 | FEGLI | C0 | 3.30 | 41.10 |
| FEHB | 111 | 83.72 | 1079.04 | MEDICARE | | 10.11 | 123.41 |
| OASDI | | 29.28 | 357.45 | RETIRE, FERS | K | 6.21 | 76.35 |
| TAX, FEDERAL | | 4.72 | 15.40 | TAX, STATE | AL | 18.28 | 212.25 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 18.25 | 3.00 | 39.00 | 7.50 | 36.75 | | 20.50 | |
| SICK | 19.50 | 3.00 | 39.00 | | 51.50 | | 7.00 | |
| ADMIN | | | | | 8.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 1.65 | 20.61 | FEHB | 125.58 | 1618.58 |
| MEDICARE | 10.11 | 123.41 | OASDI | 43.22 | 527.66 |
| RETIRE, FERS | 90.88 | 1116.53 | TSP BASIC | 7.77 | 95.40 |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97380500 - DEPARTMENT OF DEFENSE.
BUY US SAVINGS BONDS - GO TO WWW.TREASURYDIRECT.GOV
DFAS IS NOW ON FACEBOOK AT
WWW.FACEBOOK.COM/DEFENSEFINANCEANDACCOUNTINGSERVICE
BASIC PAY CHANGED.
PRETAX FEHB EXCLUSION $   83.72

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED


HELP INFO

- We recommend that you select the Printer Friendly Version of your LES if you desire to print your LES. It requires Adobe Acrobat Reader. Often, Acrobat Reader is already added to web browsers. If you don't have Adobe Reader and applicable security policies allow you to install it, it can be downloaded at http://www.adobe.com/products/acrobat/readermain.html. If you prefer the html version, click the Print button. You may have to make adjustments to your margins in your browser Page

Text Version | Help | Main | Exit

Printer Friendly Version      View More 06/04/2011  Go

# DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT
### VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | |
|---|---|
| 1. Pay Period End 06/04/11 | |
| 2. Pay Date 06/10/11 | |

| 3. Name GREGORY ANGELA D | 4. Pay Plan/Grade/Step GS 02 02 | 5. Hourly/Daily Rate 11.21 | 6. Basic OT Rate 16.82 | 7. Basic Pay + Locality Adj = Adjusted Basic Pay 20493.00 2902.00 23395.00 |
|---|---|---|---|---|
| 8. Soc Sec No ***-**-5134 | 9. Locality % 14.16 | 10. FLSA Category N | 11. SCD Leave 11/10/08 | 12. Max Leave Carry Over 240 / 13. Leave Year End 12/31/11 |
| 14. Financial Institution - Net Pay GUARDIAN CREDIT UNION | 15. Financial Institution - Allotment #1 INTER NATIONAL BANK | | | 16. Financial Institution - Allotment # 2 |

| 17. Tax Marital Status Exemptions Add'l | 18. Tax Marital Exemptions Add'l Taxing Authority Status | 19. Cumulative Retirement FERS: 360.49 | 20. Military Deposit |
|---|---|---|---|
| FED S 4 0 / AL H P1/D00 0 | | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 725.28 | 8810.66 | |
| TAXABLE WAGES | 641.56 | 7813.48 | |
| NONTAXABLE WAGES | 83.72 | 997.18 | |
| TAX DEFERRED WAGES | | | |
| DEDUCTIONS | 644.60 | 7749.38 | |
| AEIC | | | |
| NET PAY | 80.68 | 1061.28 | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 64.00 | 717.44 | NIGHT DIFF | 7.00 | 7.84 | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (1) | 500.00 | 6000.00 | FEGLI | C0 | 3.15 | 37.80 |
| FEHB | 111 | 83.72 | 995.32 | MEDICARE | | 9.31 | 113.30 |
| OASDI | | 26.95 | 328.17 | RETIRE, FERS | K | 5.74 | 70.14 |
| TAX, FEDERAL | | | 10.68 | TAX, STATE | AL | 15.73 | 193.97 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 18.25 | 4.00 | 36.00 | | 29.25 | | 25.00 | |
| SICK | 19.50 | 4.00 | 36.00 | | 51.50 | | 4.00 | |
| ADMIN | | | | | 8.00 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 1.58 | 18.96 | FEHB | 125.58 | 1493.00 |
| MEDICARE | 9.31 | 113.30 | OASDI | 39.78 | 484.44 |
| RETIRE, FERS | 83.94 | 1025.65 | TSP BASIC | 7.17 | 87.63 |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97380500 - DEPARTMENT OF DEFENSE.
BUY US SAVINGS BONDS - GO TO WWW.TREASURYDIRECT.GOV
PRETAX FEHB EXCLUSION $ 83.72

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

 HELP INFO

- We recommend that you select the Printer Friendly Version of your LES if you desire to print your LES. It requires Adobe Acrobat Reader. Often, Acrobat Reader is already added to web browsers. If you don't have Adobe Reader and applicable security policies allow you to install it, it can be downloaded at http://www.adobe.com/products/acrobat/readermain.html. If you prefer the html version, click the Print button. You may have to make adjustments to your margins in your browser Page Setup for optimal printing of the html version.

- The "View More" option will allow you to view and/or print your Leave and Earnings information for the current and 11